1  David H. S. Commins (CSBN 124205)
   Kit L. Knudsen (CSBN 154714)
2  COMMINS & KNUDSEN, P.C.
   400 Montgomery Street, Suite 200
3  San Francisco, CA  94104
   Telephone:(415) 391-6490
4  Facsimile: (415) 391-6493
5
   Attorney for Plaintiff
6  Purple Wine Production Company

IT IS SO ORDERED

Judge James Larson

7

8               UNITED STATES DISTRICT COURT

9           NORTHERN DISTRICT OF CALIFORNIA

10

11  PURPLE WINE PRODUCTION                 )
    COMPANY, a California corporation,     )   CASE NO. CV-10-5249
                                           )
12              Plaintiff,                 )   **STIPULATION TO EXTEND TIME FOR**
                                           )   **RESPONSE TO COMPLAINT**
13      v.                                 )
                                           )
14                                         )
    RYAN PATRICK VINEYARDS, LLC            )
15  a Washington limited liability company,)
                                           )   Action Filed:  November 18, 2010
16                                         )
                Defendant,                 )
17

18  Pursuant to Local Rule 6.1(a), the parties hereby stipulate to an extension from January 6, 2011 to

19  January 26, 2011 of the deadline for defendant Ryan Patrick Vineyards, LLC to file an Answer or

20  other response to the Complaint of plaintiff Purple Wine Production Company.  The filing of this

21  stipulation constitutes neither a waiver of the right to withhold consent to the assignment of a

22  magistrate judge, nor a general appearance by the defendant.

23  ///

24  ///

25  ///

26  ///

27  ///

28  ///

-1-

STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT

Dated: DECEMBER 29, 2010

COMMINS & KNUDSEN, P.C.

DAVID H.S. COMMINS
Attorneys for Plaintiff
PURPLE WINE PRODUCTION
   COMPANY, A California
   Corporation

Dated: January 3, 2011

ERICKSEN ARBUTHNOT

EDWARD D. BALDWIN
Attorneys for Defendant
RYAN PATRICK VINEYARDS,
LLC

STIPULATION TO EXTEND TIME FOR RESPONSE TO COMPLAINT