Andrew Sclar, Esq. [SBN112022]
Edward D. Baldwin, Esq. [SBN160723]
ERICKSEN ARBUTHNOT
100 Bush Street, Suite 900
San Francisco, CA  94104
Telephone:(415) 362-7126
Facsimile: (415) 362-6401

Attorney for Defendant
RYAN PATRICK VINEYARDS, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE WINE PRODUCTION COMPANY, a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>RYAN PATRICK VINEYARDS, LLC a Washington limited liability company,<br><br>Defendant, | CASE NO. C 10-05249 SBA<br><br>**STIPULATION AND ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Action Filed:  November 18, 2010 |

   Plaintiff Purple Wine Production Company and Defendant Ryan Patrick Vineyards, LLC request and hereby stipulate to a 30-day continuance of the Case Management Conference (CMC) presently scheduled for July 21, 2011.

   The parties are actively engaged in settlement discussions.  Defendant is undergoing a business transition, and internal issues which are precluding settlement are expected to be resolved within 30 days, at which time the parties may be able to resolve the case.

///

///

///

///

///

-1-
STIPULATION AND [PROPOSED] ORDER CONTINUING CMC

Dated:  July 21, 2011                                           COMMINS & KNUDSEN, P.C.


                                                                _____/s/_____
                                                                DAVID H.S. COMMINS
                                                                Attorneys for Plaintiff
                                                                PURPLE WINE PRODUCTION
                                                                     COMPANY, A California
                                                                     Corporation


Dated: July 21, 2011                                            ERICKSEN ARBUTHNOT



                                                                _____/s/_____
                                                                EDWARD D. BALDWIN
                                                                Attorneys for Defendant
                                                                RYAN PATRICK VINEYARDS,
                                                                     LLC

ORDER

Pursuant to the parties' stipulation (Dkt. 21),

IT IS HEREBY ORDERED THAT the telephonic Case Management Conference currently scheduled for July 21, 2011 is CONTINUED to October 13, 2011 at 3:15 p.m. Prior to the date scheduled for the conference, the parties shall meet and confer and prepare a joint Case Management Conference Statement. The joint statement shall be filed no later than seven (7) days prior to the conference and shall comply with the Standing Order for all Judges of the Northern District of California and the Standing Order of this Court. Plaintiff shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 7/25/11

SAUNDRA BROWN ARMSTRONG
United States District Judge