David H.S. Commins (CSBN 124205)
Kit L. Knudsen (CSBN 154714)
COMMINS & KNUDSEN, P.C.
400 Montgomery Street, Suite 200
San Francisco, CA 94104
Tel (415) 391-6490
Fax (415) 391-6493
david@commins.com
kit@commins.com

Attorneys for Plaintiff
PURPLE WINE PRODUCTION COMPANY

Andrew Sclar, Esq. [SBN112022]
Edward D. Baldwin, Esq. [SBN160723]
ERICKSEN ARBUTHNOT
100 Bush Street, Suite 900
San Francisco, CA 94104
Telephone:(415) 362-7126
Facsimile: (415) 362-6401

Attorney for Defendant
RYAN PATRICK VINEYARDS, LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PURPLE WINE PRODUCTION COMPANY, a California corporation,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>RYAN PATRICK VINEYARDS, LLC a Washington limited liability company,<br><br>　　　　　Defendant. | CASE NO. 10-05249 SBA<br><br>Hon. Saundra Brown Armstrong<br><br>[PROPOSED] ORDER AND JOINT STIPULATION RE DISMISSAL |

The parties hereby stipulate pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) that all of Plaintiff Purple Wine Production Company's (PWPC's) claims in this action against Defendant Ryan Patrick Vineyards (RPV) be dismissed with prejudice, each side to bear its own costs.

DATED:  January 5, 2012.           COMMINS & KNUDSEN, P.C.
                                   Professional Corporation

                                   By: _____/s/_____
                                       David H.S. Commins
                                       Attorneys for Plaintiffs
                                       Purple Wine Production Company

DATED:  January 5, 2012.           ERICKSEN ARBUTHNOT

                                   By: _____/s/_____
                                       Edward D. Baldwin
                                       Attorneys for Defendant
                                       RYAN PATRICK VINEYARDS, LLC

IT IS SO ORDERED:

Based upon the Joint Stipulation between the parties to dismiss all of the claims of PWPC against RPV with prejudice, each side to bear its own costs, such dismissal is hereby ORDERED.

DATED:  ____1/18_____, 2012.


                                   _____
                                   Hon. Saundra Brown Armstrong

                                   2
                        [PROPOSED] ORDER AND JOINT
                         STIPULATION RE DISMISSAL